# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN RANAE GLENN CANDLER,<br><br>Plaintiff,<br><br>v.<br><br>JOHN & JANE DOES, et al.,<br><br>Defendants. | Case No. 1:23-cv-00459-SAB (PC)<br><br>ORDER REGARDING PLAINTIFF'S MOTION TO AMEND THE COMPLAINT<br><br>(ECF No. 13) |

Plaintiff Steven Ranae Glenn Candler is proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.

Currently before the Court is Plaintiff's motion to amend the complaint, filed May 17, 2023. In his motion, Plaintiff states, "I'm asking for Plaintiff's Amended Complaint, in order to get all medical and reports concerning to state a claim on their actions of fail to protect & excessive force that they violate the Eighth Amendment to be free from cruel and unusual punishment." (ECF No. 13.)

On May 3, 2023, Findings and Recommendations were issued recommending this action proceed on Plaintiff's excessive force claim against the unidentified correctional officer at Wasco State Prison, and all other claims and Defendants be dismissed. (ECF No. 12.) Although it is unclear, it appears that Plaintiff is requesting a copy of his first amended complaint in order to file objections to the pending Findings and Recommendations. Plaintiff is advised that the Court

does not ordinarily provide free copies of case documents to parties.  The Clerk of Court charges $.50 per page for copies of documents.  See 28 U.S.C. § 1914(a).  Copies of up to twenty pages may be made by the Clerk Office at this Court upon written request and prepayment of the copy fees.  Nonetheless, in the interest of justice, the Court will make a one-time exception and provide Plaintiff a courtesy copy of his first amended complaint.

Accordingly, it is HEREBY ORDERED that:

1. The Clerk of Court is directed to send Plaintiff a copy of his first amended complaint (ECF No. 10), filed on April 19, 2023; and
2. Plaintiff is granted **twenty (20)** days to file objections to the pending Findings and Recommendations, if so desired.

IT IS SO ORDERED.

Dated:  **May 18, 2023**

UNITED STATES MAGISTRATE JUDGE