# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN RANAE GLENN CANDLER,<br><br>Plaintiff,<br><br>v.<br><br>JOHN & JANE DOES, et al.,<br><br>Defendants. | Case No. 1:23-cv-00459-JLT-SAB (PC)<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE OBJECTIONS<br><br>(ECF No. 17) |

Plaintiff Steven Ranae Glenn Candler is proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.

Currently before the Court is Plaintiff's third motion for leave to file an amended complaint, filed May 30, 2023. Plaintiff's motion shall be denied.

On May 3, 2023, the Court issued Findings and Recommendations recommending that this action proceed on Plaintiff's excessive force claim against the unidentified correctional officer at Wasco State Prison and all other claims and Defendants be dismissed from the action. (ECF No. 12.) Plaintiff was granted fourteen days to file objections. (ECF No. 12.)

On May 18, 2023, the Court granted Plaintiff an additional thirty days to file objections. (ECF No. 14.) On May 22, 2023, Plaintiff filed a second to extend the time to file objections, which was denied as moot on May 24, 2023. (ECF Nos. 15, 16.)

////

///

1

In the current motion, it appears that Plaintiff is yet again requesting additional time to file objections to the pending Findings and Recommendations. (ECF No. 17.) On the basis of good cause, it is HEREBY ORDERED that Plaintiff is granted **thirty (30)** days from the date of service of this order to file objections.

IT IS SO ORDERED.

Dated: __**May 31, 2023**__

UNITED STATES MAGISTRATE JUDGE