1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN RANAE GLEEN CANDLER,<br><br>Plaintiff,<br><br>v.<br><br>JOHN & JANE DOES, et al.,<br><br>Defendants. | No.  1:23-cv-00459-JLT-SAB (PC)<br><br>ORDER REGARDING SUBSTITUTION OF NAMED DEFENDANT IN PLACE OF DOE DEFENDANT<br><br>(ECF No. 37) |

Plaintiff is proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.

On October 16, 2023, the Court ordered that this action proceed on Plaintiff's excessive force claim against the unidentified Doe Defendant, an officer employed at Wasco State Prison. (ECF No. 37.)

In the interest of judicial efficiency, the Court will allow Plaintiff to subpoena documents from the Wasco State Prison that may allow him to identify the Doe Defendant.  If Plaintiff is able to identify the Doe Defendant, he should file a motion to substitute the named individual in place of the Doe Defendant no later than 90 days from the date of service of this order.  If Plaintiff fails to identify the Doe Defendant, he/she will be dismissed without prejudice.

///

///

1

Accordingly, it is HEREBY ORDERED that:

1. The Clerk of Court shall send Plaintiff a copy of Form AO 88B;
2. Plaintiff has thirty days from the date of service of this order to complete and return form AO88B;
3. Plaintiff has 90 days from the date of service of this order to file a motion to substitute a named Defendant in place of the Doe Defendant; and
4. Failure to comply with this order will result in a recommendation to dismiss the action.

IT IS SO ORDERED.

Dated: __**October 17, 2023**__

UNITED STATES MAGISTRATE JUDGE

2