UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN RANAE GLEEN CANDLER,<br><br>Plaintiff,<br><br>v.<br><br>JOHN & JANE DOES, et al.,<br><br>Defendants. | No. 1:23-cv-00459-JLT-SAB (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION TO AMEND THE COMPLAINT TO ADD ADDITIONAL DEFENDANTS<br><br>(ECF No. 45) |

Plaintiff is proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.

Currently before the Court is Plaintiff's motion for amend the complaint to add additional Defendants, filed November 22, 2023. Plaintiff seeks to substitute the names of three Doe Defendants. (ECF No. 45.)

As an initial matter, Plaintiff's motion is unsigned and such filing cannot be considered by the Court. Fed. R. Civ. P. 11(a); Local Rule 131. Further, on October 31, 2023, the Court denied Plaintiff's first motion to substitute, without prejudice, because the Court found the operative complaint stated a cognizable claim against only one Doe Defendant. (ECF No. 41 at 2.) The Court advised Plaintiff that if he is seeking to amend his complaint to add additional Defendants, he must file a motion to amend, along with a proposed second amended complaint which is complete within itself. Local Rule 220. (Id.)

1

Then, on November 9, 2023, the Court again denied Plaintiff's second motion to substitute the names of three Doe Defendants, without prejudice. (ECF No. 44.) Therein, the Court advised Plaintiff that he should review and comply with the Court's October 31, 2023, order in seeking to amend and/or substitute the identity of the Doe Defendant(s).

Plaintiff now again seeks to amend the complaint to substitute and add the names of three Doe Defendants at the Visalia County Jail. However, Plaintiff is AGAIN advised that the Court determined that Plaintiff's complaint could proceed ONLY on the excessive force claim against the Doe Defendant at Wasco State Prison and any claims against officers at the Visalia County Jail or Court are unrelated to the claims at Wasco State Prison and should be raised in a separate action. (ECF No. 12.) Accordingly, Plaintiff's motion to amend the complaint to add and/or substitute three Doe Defendants at the Visalia County Jail or Court is DENIED, and Plaintiff should refrain from filing future motions of the same nature.

IT IS SO ORDERED.

Dated:   **November 27, 2023**

UNITED STATES MAGISTRATE JUDGE

2