UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN RANAE GLEEN CANDLER,<br><br>Plaintiff,<br><br>v.<br><br>JOHN & JANE DOES, et al.,<br><br>Defendants. | No. 1:23-cv-00459-JLT-SAB (PC)<br><br>ORDER SUMMARILY DENYING PLAINTIFF'S EIGHTH MOTION FOR APPOINTMENT OF COUNSEL<br><br>(ECF No. 57) |

Plaintiff is proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.

Currently before the Court is Plaintiff's eighth motion for appointment of counsel, filed April 4, 2024. Plaintiff seeks appointment of counsel to assist in obtaining the names of the Doe Defendants. (ECF No. 57.) However, on April 3, 2024, the Court ordered service on the Doe Defendants based on the information provided by Plaintiff. (ECF Nos. 52, 53, 55.)

Plaintiff is well aware that he does not have a constitutional right to appointment of counsel in this case and all prior seven motions for appointment of counsel have been denied. (ECF Nos. 24, 29, 33, 36, 48, 50.) Plaintiff has yet again failed to demonstrate extraordinary circumstances to warrant the appointment of counsel and there continues to be no basis to warrant appointment of counsel. Therefore, Plaintiff's eighth motion for appointment of counsel is summarily denied.

IT IS SO ORDERED.

Dated:  **April 5, 2024**

UNITED STATES MAGISTRATE JUDGE