UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN RANAE GLEEN CANDLER,<br><br>Plaintiff,<br><br>v.<br><br>JOHN & JANE DOES, et al.,<br><br>Defendants. | No.  1:23-cv-00459-JLT-SAB (PC)<br><br>ORDER SUMMARILY DENYING PLAINTIFF'S NINTH MOTION FOR APPOINTMENT OF COUNSEL<br><br>(ECF No. 65) |

Plaintiff is proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.

Currently before the Court is Plaintiff's ninth motion for appointment of counsel, filed May 6, 2024.  Plaintiff seeks appointment of counsel under Strickland v. Washington, 466 U.S. 668 (1984), which applies to the Sixth Amendment right to effective assistance of counsel in criminal proceedings.

Plaintiff is well aware that he does not have a constitutional right to appointment of counsel in this case and all prior seven motions for appointment of counsel have been denied. (ECF Nos. 24, 29, 33, 36, 48, 50, 59.)  Plaintiff has yet again failed to demonstrate extraordinary circumstances to warrant the appointment of counsel and there continues to be no basis to warrant appointment of counsel.  Therefore, Plaintiff's ninth motion for appointment of counsel is summarily denied.   The court will consider no more requests from the plaintiff on this subject matter.  As this is a civil case brought by the Plaintiff, it is time for Plaintiff to proceed with his action.

IT IS SO ORDERED.

Dated:  **May 8, 2024**

UNITED STATES MAGISTRATE JUDGE

1