UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN RANAE GLENN CANDLER,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>JOHN & JANE DOES, et al.,<br><br>　　　　　　Defendants. | Case No. 1:23-cv-00459-JLT-SAB (PC)<br><br>ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO PRODUCE **INMATE STEVEN CANDLER**, CDCR # BP-2039 **VIA VIDEO CONFERENCE**<br><br>DATE: September 26, 2024<br>TIME:  9:30 a.m. |

**Inmate Steven Ranae Glenn Candler, CDCR # P-59915**, a necessary and material witness on his behalf in a settlement conference on **September 26, 2024**, at 9:30 a.m., is confined at the Substance Abuse Treatment Facility and State Prison, Corcoran (SATF), in the custody of the Warden.  In order to secure this inmate's attendance, it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate **to appear by video conference (via Zoom) before Magistrate Judge Barbara A. McAuliffe on September 26, 2024 at 9:30 a.m.**

　　　**ACCORDINGLY, IT IS ORDERED that:**

　　　1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above **to appear by video conference (via Zoom)** before the United States District Court at the time and place above, until completion of the proceedings or as ordered by the court;

　　　2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

　　　**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

　　　**To: The Warden of SATF:**

　　　**WE COMMAND** you to produce the inmate named above **to appear via video conference** at the time and place above, until completion of the proceedings, or as ordered by the court.

　　　**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

IT IS SO ORDERED.

Dated:　**August 26, 2024**　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

