UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN RANAE GLENN CANDLER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JOHN & JANE DOES, et al.,<br><br>　　　　Defendants. | No.  1:23-cv-00459-JLT-SAB (PC)<br><br>ORDER DISCHARGING WRIT OF HABEAS CORPUS AD TESTIFICANDUM AS TO INMATE STEVEN RANAE GLENN CANDLER, CDCR #BP-2039 |

A settlement conference in this matter commenced on September 26, 2024.  Inmate Steven Ranae Glenn Candler, CDCR #BP-2039, is no longer needed by the Court as a participant in these proceedings, and the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

IT IS SO ORDERED.

　　Dated:　**September 26, 2024**　　　　　　/s/ Barbara A. McAuliffe　_
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE