UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN RANAE GLEEN CANDLER,<br><br>Plaintiff,<br><br>v.<br><br>JOHN & JANE DOES, et al.,<br><br>Defendants. | No. 1:23-cv-00459-JLT-SAB (PC)<br><br>ORDER GRANTING DEFENDANTS' MOTION TO MODIFY THE SCHEDULING ORDER<br><br>(ECF No. 80) |

Plaintiff is proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.

Currently before the Court is Defendants' motion to modify the scheduling order, filed July 16, 2025. (ECF No. 80.)

Good cause having been presented, it is HEREBY ORDERED that the deadline to file a dispositive motion is extended to September 10, 2025. All other substantive provisions and deadlines set forth in the Court's October 2, 2024, scheduling order remain in effect.

IT IS SO ORDERED.

Dated: **July 16, 2025**

STANLEY A. BOONE
United States Magistrate Judge

1