UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN RANAE GLEEN CANDLER,<br><br>Plaintiff,<br><br>v.<br><br>JOHN & JANE DOES, et al.,<br><br>Defendants. | No.  1:23-cv-00459-JLT-SAB (PC)<br><br>ORDER DENYING PLAINTIFF'S TENTH MOTION FOR APPOINTMENT OF COUNSEL<br><br>(ECF No. 83) |

Plaintiff is proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.

Currently before the Court is Plaintiff's tenth motion for appointment of counsel, filed September 5, 2025.  (ECF No. 83.)  Plaintiff's motion is summarily denied for the reasons stated in the Court's May 8, 2024, order (ECF No. 66).

IT IS SO ORDERED.

Dated:  **September 8, 2025**

STANLEY A. BOONE
United States Magistrate Judge

1