**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| STEVEN RANAE GLEEN CANDLER,<br><br>Plaintiff,<br><br>v.<br><br>JOHN & JANE DOES, et al.,<br><br>Defendants. | No.  1:23-cv-00459-JLT-SAB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(Doc. 89) |

    Plaintiff is proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.  This matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

    On September 10, 2025, defendants moved for summary judgment on plaintiff's claims. (Doc. 85.)  On November 6, 2025, the assigned magistrate judge issued findings and recommendations to grant defendants' motion for summary judgment, finding no genuine dispute of material fact as to whether excessive force was used on plaintiff. (Doc. 89.)  The findings and recommendations were served on the parties and contained notice that objections were due in 21 days.  (*Id*. at 10.)  The parties were further advised that failure to file objections within the specified time may result in the waiver of rights on appeal. (*Id*. at 10–11 (*citing Wilkerson v. Wheeler*, 772 F.3d 834, 838-39 (9th Cir. 2014).)  No objections have been filed and the time to do so has passed.

1

According to 28 U.S.C. § 636(b)(1), this Court has conducted a de novo review of this case. Having carefully reviewing the entire file, the Court concludes the findings and recommendations are supported by the record and proper analysis. Thus, the Court **ORDERS**:

1. The findings and recommendations issued on November 6, 2025, (Doc. 89), are **ADOPTED IN FULL**.
2. Defendants' motion for summary judgment, (Doc. 85), is **GRANTED**.
3. The Clerk of the Court is directed to enter judgment for defendant and to close this case.

IT IS SO ORDERED.

Dated:   **December 31, 2025**

UNITED STATES DISTRICT JUDGE

2